UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN CROSS,<br><br>            Plaintiff,<br><br>   v.<br><br>LISA ANDERSON, et al.,<br><br>            Defendants. | CASE NO. C18-5187 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge, Dkt. 49, and Plaintiff Ryan Cross's ("Cross") objections to the R&R, Dkt. 50.

On October 4, 2018, Judge Creatura issued the R&R recommending that the Court deny Cross's motions for summary judgment. Dkt. 49. On October 12, 2018, Cross filed objections. Dkt. 50. On October 22, 2018, Defendants responded. Dkt. 51.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

ORDER - 1

In this case, Cross filed objections that are completely unrelated to the issues addressed in the R&R. In fact, Cross admits that genuine issues of material fact exists, Dkt. 50 at 1, which would preclude summary judgment for either party. Thus, even if Cross properly objected to the R&R, he has failed to show any error in denying his motions.

Therefore, the Court having considered the R&R, Cross's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Cross's motions for summary judgment are **DENIED**.

Dated this 14th day of January, 2019.

BENJAMIN H. SETTLE
United States District Judge